405 A.2d 922

**Eugene COON, Petitioner,**

v.

**ALLEGHENY COUNTY BOARD OF ELECTIONS,**
**Respondent.**

Supreme Court of Pennsylvania.

Argued Sept. 25, 1979.

Decided Sept. 26, 1979.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## OPINION OF COURT

PER CURIAM:

Order Affirmed.